

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-14-00038-CV

**IN RE HALLMARK COUNTY MUTUAL INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Catherine Stone, Chief Justice
               Sandee Bryan Marion, Justice
               Luz Elena D. Chapa, Justice

On January 15, 2014, relator Hallmark County Mutual Insurance Company filed a petition for writ of mandamus and an emergency motion for temporary relief. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the emergency motion for temporary relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 15, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15Th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 12-11-27955-MCVAHA, styled *Amado Abascal, III and Rodolfo Flores Galvan and G&M Logistics Corp.* pending in the 365th Judicial District Court, Maverick County, Texas, and Cause No. 13-06-28584-MCV, styled *Hallmark County Mutual Insurance Company v. G&M Logistics Corporation* pending in the 293rd Judicial District Court, Maverick County, Texas. The Honorable David Berchelmann, Jr. signed the order consolidating the two causes which is the subject of this original proceeding.